**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
                                  (State)

Case number (*If known*): __23-_____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Benitago Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Benitago LLC

3. **Debtor's federal Employer Identification Number (EIN)**

   8 6 – 2 2 9 4 0 8 4

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 433 Broadway, Suite 614 | 1 Liberty St., Suite 320 |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | New York           NY    10013 | New York           NY    10006 |
   | City              State   ZIP Code | City              State   ZIP Code |
   | New York | **Location of principal assets, if different from principal place of business** |
   | County | Number    Street |
   | | City              State   ZIP Code |

5. **Debtor's website (URL)**

   https://www.benitago.com

Debtor   Benitago Inc._____                Case number (*if known*)_____
         Name

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   4  5  4  1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check **all** that apply*:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

Debtor __Benitago Inc.__    Case number (if known) _____
     Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No
☐ Yes.  District _____  When __/__/____  Case number _____
                                     MM / DD / YYYY

If more than 2 cases, attach a separate list.

        District _____  When __/__/____  Case number _____
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.  Debtor __See attached Schedule 1__  Relationship __Affiliate__
        District __Southern District of New York__  When __Date hereof__
                                                               MM / DD / YYYY

List all cases. If more than 1, attach a separate list.

        Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                             Number    Street

    _____
    _____ _____ _____
    City                State  ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

**Statistical and administrative information**

Debtor   Benitago Inc.
         Name                                                                Case number (if known)_____

| 13. | Debtor's estimation of available funds | Check one:<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|

| 14. | Estimated number of creditors<br>(on a consolidated basis) | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>☑ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | Estimated assets<br>(on a consolidated basis) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☑ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities<br>(on a consolidated basis) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☑ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I have been authorized to file this petition on behalf of the debtor.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on  08/30/2023<br>             MM   /  DD  / YYYY<br><br>✗   /s/Thomas Studebaker                    Thomas Studebaker<br>    Signature of authorized representative of debtor       Printed name<br>    Title  Chief Restructuring Officer |
|---|---|---|

Debtor  <u>Benitago Inc.</u>  Case number (*if known*)_____
      Name

| | | | |
|---|---|---|---|
| **18. Signature of attorney** | ✗ */s/Kyle J. Ortiz*<br>Signature of attorney for debtor | Date | 08/30/2023<br>MM / DD / YYYY |

                    Kyle J. Ortiz
                    Printed name
                    Togut Segal & Segal LLP
                    Firm name
                    One Penn Plaza, Ste. 3335
                    Number    Street

| | | |
|---|---|---|
| New York | NY | 10119 |
| City | State | ZIP Code |
| 212-594-5000 | | kortiz@teamtogut.com |
| Contact phone | | Email address |
| | | |
| 4818571 | | NY |
| Bar number | | State |

# SCHEDULE 1

**<u>Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor</u>**

On the date hereof, each of the entities listed below (collectively, the "<u>Debtors</u>"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York. The Debtors have moved for joint administration of these cases for procedural purposes only under the case number assigned to the chapter 11 case of Benitago Inc.

1. Benitago Inc.
2. Acrux LLC
3. Aludra Limited
4. Algedi LLC
5. Biham LLC
6. Canopus LLC
7. Denebola LLC
8. Errai LLC
9. Felis LLC
10. Ginan LLC
11. Hamal LLC
12. Izar LLC
13. Jabbah LLC
14. Kamuy LLC
15. Lich LLC
16. Maasym LLC
17. Nusakan LLC
18. Okab LLC
19. Phact LLC
20. Chechia LLC
21. Dalim LLC
22. Segin LLC
23. Taiyi LLC
24. Veritate LLC
25. Wazn LLC
26. Yildun LLC
27. Bharani LLC
28. Revati LLC
29. Alhena LLC

# RESOLUTIONS OF THE BOARD OF DIRECTORS OF
# BENITAGO, INC.
# ADOPTED BY UNANIMOUS APPROVAL AT A MEETING
### August 30, 2023

The undersigned, being all the members of the Board of Directors (the "**Board**") of Benitago Inc., a corporation organized and existing under the laws of Delaware (the "**Company**"), do hereby take the following actions and adopt the following resolutions set out below:

**WHEREAS**, a special meeting of the Board was held virtually on August 28, 2023, of which all of the members of the Board were provided sufficient notice;

**WHEREAS**, the Board has reviewed and discussed the financial and operational condition of the Company and the Company's business on the date hereof, including the current and historical performance of the Company, the assets and liquidity of the Company, the current and long-term liabilities of the Company, the market for the Company's services and the credit market conditions;

**WHEREAS**, the Board has received, reviewed, and discussed the recommendations of management of the Company and the Company's advisors as to the relative risks and benefits of the strategic alternatives available to the Company, including a financial restructuring through a bankruptcy proceeding (the "**Bankruptcy Case**") under the provisions of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**"), and has received, reviewed and discussed forms or descriptions of the key "first day" filings that would be proposed to be made by the Company in connection with the Bankruptcy Case (the "**Initial Filings**");

**WHEREAS**, the Board has had the opportunity to consult with the management of the Company and the Company's advisors, and fully consider each of the strategic alternatives available to the Company;

**WHEREAS**, after review and discussion and due consideration of all of the information presented to the Board, the Board deems it advisable and in the best interests of the Company, its subsidiaries, its creditors, stakeholders, and other interested parties, for the Company to commence the Bankruptcy Case by filing a voluntary petition for relief under the provisions of the Bankruptcy Code (the "**Petition**").

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, its subsidiaries, its creditors, stakeholders, and other interested parties that the Petition and the Initial Filings be filed by the Company in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"); and be it further

**RESOLVED**, that the Company shall be, and it hereby is, authorized, directed and empowered (i) to file the Petition and the Initial Filings and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing; and be it further

**RESOLVED**, that any director, officer (including the CRO (as defined below)), or manager (including any special manager) of the Company (each, a "**Designated Person**" and collectively, the "**Designated Persons**") be, and each of them, acting alone, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute and verify the Petition and the Initial Filings as well as all other ancillary documents and to cause the Petition and the Initial Filings to be filed with the Bankruptcy Court, and to make or cause to be made prior to the execution thereof any modifications to the Petition, the Initial Filings, or any ancillary documents, and to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents, agreements, deeds, letters, instruments or certificates necessary or desirable in connection with any of the foregoing; and be it further

**RESOLVED**, that the law firm of Togut, Segal & Segal LLP (the "**Togut Firm**") be, and hereby is, authorized, empowered and directed to represent the Company as its counsel in connection with the Bankruptcy Case and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of the Togut Firm; and be it further

**RESOLVED**, that the firm of Portage Point Partners ("**Portage Point**") be, and hereby is, authorized, empowered and directed to represent the Company as its financial advisor and to provide the Company with a Chief Restructuring Officer (a "**CRO**"), who shall be Thomas Studebaker, in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Portage Point; and be it further

**RESOLVED,** that the firm of Stretto Inc. ("**Stretto**") be, and hereby is, engaged to act as notice, claims and balloting agent and to provide other related services to the Company in the Bankruptcy Case;  and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate advances prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Stretto; and be it further

**RESOLVED**, that in addition to the existing signatories of the Company, any Designated Person, acting alone or in any combination, be, and hereby is, authorized to cause the Company to employ other special counsel, financial advisors, investment bankers, accountants, restructuring advisors and other professionals as appropriate in connection with the Bankruptcy Case and all related matters; and be it further

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Designated Persons, and in addition to the existing signatories of the Company, any of the Designated Persons, acting alone or in any combination, be, and hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and things, including the payment of all fees, expenses, appropriate retainers and other amounts payable by the Company with respect to the foregoing, and to execute and deliver all such other instruments, certificates, agreements and documents as he or she may consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purposes of the foregoing resolutions; and be it further

**RESOLVED**, that all actions heretofore taken by any officer, director or manager (including special manager) of the Company in connection with the foregoing resolutions, the Petition and related matters be, and they hereby are, confirmed, ratified and approved in all respects; and be it further

**RESOLVED**, that the Directors hereby waive any notice, procedural or other formalities requirements which may be required in order to hold a meeting of the Company's Directors.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* | Chapter 11 |
| BENITAGO INC., *et al.*, | Case No. 23-_____ (___) |
| Debtors.[1] | (Joint Administration Pending) |

**SCHEDULE OF HOLDERS OF DEBTORS' LARGEST
SECURED CLAIMS ON A CONSOLIDATED BASIS**

| Lender/Address/E-mail/Telephone No. | Claim | Description of Collateral |
|---|---|---|
| 1. SellersFunding<br>450 Lexington Ave WeWork, 4th Floor, New York, NY 10017<br>929-229-2252 | $9,632,236 | Certain assets of Benitago Inc. |
| 2. CoVenture – Bento Credit Opportunities GP, LLC<br>600 Madison Avenue, 17th Fl<br>New York, NY 10022<br>917-885-9434 | $85,426,222 | Equity Interest in Acrux LLC and its subsidiaries<br><br>Certain assets of Acrux LLC and its subsidiaries. |

---

[1] The last four digits of Benitago Inc.'s tax identification number are 9698. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/benitago. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1 Liberty Street, Ste. 320, New York, New York 10006.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Benitago Inc., et al.** |
| United States Bankruptcy Court for the: | **Southern** District of **New York** (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                                                                            12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **Stefana – Veronica Sticlaru and Adrian Sticlaru** Alleea Soldat Nicolae Barbu 6 Bucuresti, 042017 Romania | Veronica Sticlaru veronica@amaels.com Adrian Sticlaru adrian.sticlaru@carpathen.com P: +40763611331 | Debt | Contingent | | | $1,502,362.00 |
| 2 | **CalMyotis (HK) Limited** 12th Floor, Santai Building, 137-139 Connaught Road Central, Hong Kong | Wei Yu, Jinhui Li, Zhisen Zhang 532028648@qq.com; jasonzhangpro@outlook.com; powww123123@163.com | Debt | Contingent Disputed | | | $1,366,604.00 |
| 3 | **Wang Fang** Building 3, Xingzhihui Business Garden, No. 19, Xinghuo Road, Pukou District, Nanjing China | Wang Nan & Cao Hongxia 591367693@qq.com; 2861344972@qq.com | Trade | Contingent | | | $476,866.00 |
| 4 | **Pixior LLC** 5901 S Eastern Ave Commerce, CA 90040 | Yassine Amallal P: 310-993-2500 yassine@pixior.com | Trade | Disputed | | | $249,601.51 |
| 5 | **Perpetua Labs, Inc.** 36 Maplewood Ave Portsmouth, NH 03801 | Bridgette Chapman ar@perpetua.io | Trade | | | | $187,481.36 |
| 6 | **Anomaly Partners LLC** 536 Broadway, 11th Floor New York, NY 10012 | Roberto Nieves rnieves@anomaly.com | Trade | | | | $125,000.00 |
| 7 | **Seller Rocket** 5042 N 800 E New Carlisle, IN 46552 | Kris Weissman kris@sellerrocket.io | Trade | Disputed | | | $122,641.78 |
| 8 | **HongKong VOG Cosmetics Co Limited** FLAT/RM 1506, 15/F, Lucky Center NO.165-171 Wanchai Road Wanchai Hong Kong | Julie Fang julie.fang@vognatural.com | Trade | | | | $56,604.27 |

Official Form 204              Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims              page 1

Debtor Name _____**Benitago Inc., et al.**_____      Case Number _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | **Ugly Feedback-Alakdolak - Daniel Samimi**<br>996 Haverstraw Rd<br>Suffern NY 10901 | Mark<br>hi@uglyfeedback.com | Trade | Disputed | | | $50,304.74 |
| 10 | **DDK & Company LLP**<br>50 Jericho Quadrangle, Suite 220<br>Jericho, New York 11753 | Ramez Younan<br>ryounan@ddkcpas.com | Trade | | | | $35,491.00 |
| 11 | **WarehouseQuote LLC**<br>3315 N Oak Trafficway<br>Kansas City, MO 64116 | Jeremiah Driessel<br>jdriessel@warehousequote.com | Trade | Disputed | | | $32,423.75 |
| 12 | **UHS Premium Billing**<br>UHS Premium Billing PO BOX 94017<br>Palatine, IL 60094-4017 | Patti S. Reimer<br>Patti.Reimer@benefitmall.com | Trade | | | | $13,095.74 |
| 13 | **Anhui Xinmai Technology Co.,Ltd**<br>79 Anqing Road Hefei City Anhui Province China | Tracy Xinmai<br>blair@newbarleyst.com | Trade | | | | $11,109.60 |
| 14 | **Shears**<br>427 Viscount Road, Aviation Business Park Bournemouth International Airport, Christchurch, BH23 6NW | storage@sbtl.co.uk | Trade | | | | $10,307.07 |
| 15 | **Oracle America, Inc.**<br>2300 Oracle Way Austin, TX 78741 United State | CollectionsTeam_US@oracle.com | Trade | | | | $9,828.60 |
| 16 | **Pharmatech Asia Group Ltd**<br>Unit 138-140, Vanke Star Online, No.2, Road Wuhe South, Bantian, Shenzhen, China | kerry@pagpharmatech.com | Trade | | | | $9,338.82 |
| 17 | **OfficePartners360 LLC**<br>31 Bailey Avenue Ridgefield, CT 06877 US | stibor@officepartners360.com | Trade | | | | $9,060.91 |
| 18 | **Deringer**<br>19520 Wilmington Avenue | Rancho Dominguez, CA 90220 | gibarra@anderinger.com | Trade | | | | $7,126.00 |
| 19 | **CATIMA FORWARDING GMBH**<br>In den Köven 9, 27211 Bassum-Neubruchhausen | w.catima@catima-forwarding.com | Trade | | | | $5,841.36 |
| 20 | **Guangzhou Jintian household products Co.,Ltd**<br>401 4th Floor No 7 Xiangro Dagang Town Nansha District Guangzhou City Guangdong Province China | 903491240@qq.com | Trade | | | | $5,685.25 |

Official Form 204   **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* <br> **BENITAGO INC.,** *et al.*, <br> Debtors.[1] | Chapter 11 <br> Case No. 23-_____ (___) <br> (Joint Administration Pending) |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
AND LIST OF EQUITY SECURITY HOLDERS**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") respectfully represent:

1. The equity holders of Benitago Inc. are as follows:

| Equity Owner | Address | Percentage of Equity Held |
|---|---|---|
| **Common Shares** | | |
| Santiago Nestares-Lampo | One Liberty Plaza, Ste.320, New York, New York 10006 | 32,603 Common Share Stock |
| Benedict Tillman Dohmen | One Liberty Plaza, Ste.320, New York, New York 10006 | 49,380 Common Share Stock |
| Robert Gregory Eisner | 230 Park Avenue, 835 New York, NY 10169 | 1,477 Common Share Stock |
| David Kaplowitz | 210 Crestwood Drive, South Orange, NJ 07079 | 150 Common Share Stock |

---

[1] The last four digits of Benitago Inc.'s tax identification number are 9698. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/benitago. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1 Liberty Street, Ste. 320, New York, New York 10006.

| | | |
|---|---|---|
| Guido Torrini | 83 Franklin St, 5N, New York, NY 10013 | 265 Common Share Stock |
| Margarita Lampo | Calle Los Garnados CR Parque Los Grandos Royal Garden #42 La Castellana, Caracas, Venezuela | 16,777 Common Share Stock |
| Mother Capital Benitago SPV I | 168 E 74th St. New York, NY 10021 | 448 Common Share Stock |
| **Other Interests** | | |
| Orellana Holdings, LLC | 220 E. 42nd Street, 36th Floor New York, NY 10017 | 1,000 shares of Series Seed Preferred Stock |
| | | 1,465 shares of Series A Preferred Stock |
| | | 724 shares of Series A-1 Preferred Stock |
| Crossbeam Venture Partners Fintech Fund I, LP | 220 E. 42nd Street, 36th Floor New York, NY 10017 | 500 shares of Series Seed Preferred Stock |
| | | 163 shares of Series A Preferred Stock |
| | | 362 shares of Series A-1 Preferred Stock |
| BNCA 2011 Directed Irrevocable Trust | 325 Columbia Turnpike, Suite 202 Florham Park, NJ 07932 | 67 shares of Series Seed Preferred Stock |
| DF Investment Partners LLC | 55 Hudson Yards, Fl 29 New York, NY 10001 | 977 shares of Series A Preferred Stock |
| Equity Trust Company as Custodian fbo Benjamin Nickoll Roth IRA | 1 Equity Way Westlake, OH 44145 | 166 shares of Series Seed Preferred Stock |
| John F. Nickoll - Grandchildren's Trust No. 1 | PO Box 1500 Washington, CT 06793 | 50 shares of Series Seed Preferred Stock |
| John F. Nickoll - Grandchildren's Trust No. 2 | 612 Moreno Avenue Los Angeles, CA 90049 | 34 shares of Series Seed Preferred Stock |

| | | |
|---|---|---|
| John F. Nickoll Marital Trust | PO Box 1500 Washington, CT 06793 | 67 shares of Series Seed Preferred Stock |
| Marsellesa Holdings C.V. | Presidencia Hotal Eurobuilding Caracas Calle la Guairita Chuao Caracas VE 1062 | 500 shares of Series Seed Preferred Stock |
| | | 163 shares of Series A Preferred Stock |
| Robert Gregory Eisner | 230 Park Avenue, 835 New York, NY 10169 | 2,385 shares of Series Seed Preferred Stock |
| Tarifa Kite LLC | 720 NE 62nd St., Unit 305 Miami, Florida 33138 | 500 shares of Series Seed Preferred Stock |
| Silver Park Holdings LLC | 103 East 75th St. Apt 2FW New York, NY 10021 | 181 Series A Preferred Stock |

2. Benitago Inc. owns 100% of the equity interests in Acrux LLC.

3. Acrux LLC owns 100% of the equity interests in the following companies, all of which are Debtors in the Chapter 11 Cases:

- Aludra Limited
- Algedi LLC
- Algedi LLC
- Biham LLC;
- Canopus LLC
- Denebola LLC
- Errai LLC
- Felis LLC
- Ginan LLC
- Hamal LLC
- Izar LLC

- Jabbah LLC
- Kamuy LLC
- Lich LLC
- Maasym LLC
- Nusakan LLC
- Okab LLC
- Phact LLC
- Chechia LLC
- Dalim LLC
- Segin LLC
- Taiyi LLC
- Veritate LLC
- Wazn LLC
- Yildun LLC
- Bharani LLC
- Revati LLC.

4. The address for all of the Debtors is One Liberty Plaza, Ste. 320, New York, New York 10006.

*[Concluded on the following page]*

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: New York, New York
      August 30, 2023

*/s/Thomas Studebaker*
Chief Restructuring Officer

**Fill in this information to identify the case and this filing:**

Debtor Name __Benitago Inc._____

United States Bankruptcy Court for the: __Southern_____ District of __New York__
(State)

Case number (*If known*): ____23-_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration _Top Secured Creditors, Consolidated Corporate Ownership Statement and List of Equity Security Holders_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/30/2023__        ✖ _/s/Thomas Studebaker_____
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                  Thomas Studebaker_____
                                  Printed name
                                  Chief Restructuring Officer_____
                                  Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**