**TOGUT, SEGAL & SEGAL LLP**
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz
Bryan M. Kotliar
Amanda C. Glaubach
Eitan E. Blander

*Counsel to the Debtors
and Debtors in Possession*

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS LLP**
200 West 41st Street, 17th Floor
New York, New York 10036
(212) 679-8700
Fred Stevens
Sean Southard

*Co-Counsel to the Acrux Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* | Chapter 11 |
| **BENITAGO INC.,** *et al.*, | Case No. 23-11394 (SHL) |
| Debtors.[1] | **(Jointly Administered)** |

## NOTICE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE** that on January 19, 2024, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order [Docket No. 376] (the "Confirmation Order") confirming the *Further Revised Modified First Amended Joint Chapter 11 Plan of Reorganization of Benitago Inc. and its Affiliates* (as may be further amended, modified, and/or supplemented from time to time in accordance with the terms thereof and the Confirmation Order, the "Plan") (attached as Exhibit A to the Confirmation Order).[2]

**PLEASE TAKE FURTHER NOTICE** that the effective date of the Plan occurred on February 2, 2024 (the "Effective Date").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Confirmation Order, the settlement, release, injunction, exculpation, and discharge provisions in Article X of the Plan are now in full force and effect.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Benitago, Inc. (4084); Acrux LLC (9391); Aludra Limited (4147); Algedi LLC (3835); Biham LLC (4095); Canopus LLC (8124); Denebola LLC (5430); Errai LLC (7652); Felis LLC (4176); Ginan LLC (2439); Hamal LLC (1775); Izar LLC (6010); Jabbah LLC (0658); Kamuy LLC (8461); Lich LLC (2892); Maasym LLC (9332); Nusakan LLC (1861); Okab LLC (6499); Phact LLC (3663); Chechia LLC (N/A); Dalim LLC (4741); Segin LLC (8849); Taiyi LLC (N/A); Veritate LLC (6416); Wazn LLC (7193); Yildun LLC (3017); Bharani LLC (1732); Alhena LLC (7613); and Revati LLC (0170). The location of the Debtors' service address for purposes of these chapter 11 cases is: 1 Liberty Street, Ste. 320, New York, New York 10006.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that, as of the date hereof, all conditions precedent to the Effective Date set forth in Section 9.1 of the Plan have been satisfied or waived pursuant to Section 9.2 of the Plan, such that the Plan was substantially consummated.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 8.5 of the Plan, all Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases, if any, must be filed with the Bankruptcy Court no later than 5:00 p.m. (prevailing Eastern Time) on March 4, 2024 (i.e., 30 days after the Effective Date).[3] Any Proofs of Claim arising from the rejection of Executory Contracts or Unexpired Leases that are not timely filed, as set forth in the Plan, shall be disallowed automatically, forever barred from assertion, and shall not be enforceable against any Reorganized Debtor without the need for any notices, objection or other action by the Reorganized Debtors or further notice to or action, order, or approval of the Bankruptcy Court, and any Claim arising out of the rejection of such Executory Contract or Unexpired Lease shall be deemed fully satisfied, released, and discharged, notwithstanding anything in the Schedules or a Proof of Claim to the contrary.

**PLEASE TAKE FURTHER NOTICE** that except as otherwise provided by the Plan, the Confirmation Order, or any other applicable order of the Bankruptcy Court, all requests for payment of Supplemental Administrative Claims that arose between December 1, 2023 and the Effective Date, must be filed with the Bankruptcy Court and served on the Debtors' counsel, the Committee and the U.S. Trustee on March 4, 2024 (i.e., 30 days after the Effective Date).[4] Holders of Supplemental Administrative Claims that fail to file and serve such proof of Supplemental Administrative Claim timely and properly shall have their Supplemental Administrative Claim deemed disallowed automatically as of the Effective Date, forever barred from assertion and shall not be enforceable against any Debtor or Reorganized Debtor, without the need for any notices, objection, or other action from the Debtors or the Reorganized Debtors, as applicable, or any further notice to or action, order or approval of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions, including the Plan Supplement, are binding on the Debtors and any Holder of a Claim against or Interest in, the Debtors and such Holder's respective successors and assigns.

[*Remainder of page left blank intentionally]*]

---

[3] The 30th day after the Effective Date is Sunday, March 3, 2024. Bankruptcy Rule 9006 automatically extends the deadline to file all Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases until Monday, March 4, 2024.

[4] The 30th day after the Effective Date is Sunday, March 3, 2024. Bankruptcy Rule 9006 automatically extends the deadline to file all requests for payment of Supplemental Administrative Claims that arose between December 1, 2023 and the Effective Date until Monday, March 4, 2024.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and any related filings, can be viewed and/or obtained by (i) accessing the Bankruptcy Court's Website for a fee, (ii) visiting the website for the Debtors' chapter 11 cases at: https://cases.stretto.com/benitago, or (iii) by contacting the Office of the Clerk of the United States Bankruptcy Court, Southern District of New York. Please note that a PACER password is required to access documents on the Bankruptcy Court's Website. **PLEASE NOTE: Neither the staff of the Clerk's Office nor the Debtors' counsel can give you legal advice.**

DATED:   February 2, 2024
         New York, New York

                                                    BENITAGO INC., *et al*
                                                    *Debtors and Debtors in Possession*
                                                    By their Counsel
                                                    TOGUT, SEGAL & SEGAL LLP
                                                    By:

                                                    */s/ Bryan M. Kotliar*
                                                    KYLE J. ORTIZ
                                                    BRYAN M. KOTLIAR
                                                    AMANDA C. GLAUBACH
                                                    EITAN E. BLANDER
                                                    One Penn Plaza, Suite 3335
                                                    New York, New York 10119
                                                    Telephone: (212) 594-5000